UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Miriam Cruz
2022.05.02
19:16:19 -04'00'

| | |
|---|---|
| UNITED STATES OF AMERICA | **INFORMATION** |
| v. | **Criminal No. 22-** 179 (DRD) |
| | **Violations: 8 U.S.C. § 1325 (a)(2)** |
| CARMELO ROSARIO MUNOZ, Defendant. | (One Count) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Improper entry by Alien**
**(Title 8, *United States Code*, Section 1325)**

In 2018, exact date unknown, the defendant, Carmelo Rosario Munoz, being an alien, as that term is defined in Title 8, *United States Code*, Section 1101(a)(3), had entered the United States without proper immigration documentation, and eluded examination or inspection by immigration officers. All in violation of 8 U.S.C. § 1325(a)(2).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernandez
Assistant United States Attorney
Chief Child Exploitation & Immigration Unit

Evelyn Canals
Assistant United States Attorney