UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUPERSEDING INFORMATION** |
| v. | Criminal No. 22-0179-DRD-MEL |
| | Violations: 8 U.S.C. § 1325 (a)(1) |
| CARMELO ROSARIO MUNOZ, Defendant. | (One Count) |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
**Improper entry by Alien**
(Title 8, *United States Code*, Section 1325)

On a date unknown, between on or about April 27, 2007, and on or about January 15, 2019, the defendant, Carmelo Rosario Munoz, being an alien, as that term is defined in Title 8, *United States Code*, Section 1101(a)(3), entered the United States at a time and place other than as designated by immigration officers. All in violation of 8 U.S.C. § 1325(a)(1).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernandez
Assistant United States Attorney
Chief Child Exploitation & Immigration Unit

Evelyn Canals
Assistant United States Attorney